1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM THOMAS COATS,                 No. CIV S-09-1300-CMK-P

12              Plaintiff,

13        vs.                              ORDER

14   MICHAEL FOX,

15              Defendant.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se, brought this civil rights action

18   pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion (Doc. 36) for leave

19   to proceed in forma pauperis on appeal.  Pursuant to Federal Rule of Appellate Procedure

20   24(a)(3), where prior approval to proceed in forma pauperis was granted in the district court,

21   such approval generally continues on appeal unless the district court determines the appeal is not

22   taken in good faith.

23          Here, the undersigned finds the appeal is taken in good faith, so plaintiff's

24   previous in forma pauperis status shall continue on appeal.  Therefore, plaintiff's current motion

25   for leave to proceed in forma pauperis is unnecessary.

26   / / /

                                            1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.     The undersigned certifies plaintiff's appeal is taken in good faith;

3         2.     Plaintiff's motion to proceed in forma pauperis is denied as unnecessary;

4 and

5         3.     Plaintiff's in forma pauperis status shall continue on appeal.

6

7   DATED:  December 29, 2011

8

9                         **CRAIG M. KELLISON**
                        UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26