Patrick H. Dwyer, SBN 137743
P.O. Box 1705
Penn Valley, CA 95946
Tel: (530) 432-5407
Fax: (530) 432-9122
Email: pdwyer@pdwyerlaw.com
Attorney for Plaintiff William Thomas Coats

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## REDDING DIVISION

| | |
|---|---|
| William Thomas Coats,<br><br>    Plaintiff<br><br>        v.<br><br>Michael Fox,<br><br>    Defendant. | CASE NO. 2:09-CV-001300 CMK<br><br>**ORDER APPROVING SUBSTITUTION OF COUNSEL FOR PLAINTIFF**<br><br>The Honorable Craig M. Kellison<br><br>Courtroom: 304 |

   The Court, having reviewed Plaintiff's filing of Federal Form AO 150 (Docket No. 74), substituting attorney Patrick H. Dwyer as his legal counsel in this action, and finding good cause therefore, hereby orders that:

   1.   Patrick H. Dwyer be substituted as counsel for Plaintiff, effective as of January 15, 2015.
.
   It is so Ordered, Adjudged and Decreed by The Honorable Craig M. Kellison:

Dated:  February 3, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE