IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS COATS, | No. 2:09-cv-1300-CMK-P |
|     Plaintiff, | |
|   vs. | <u>ORDER</u> |
| MICHAEL FOX, | |
|     Defendant. | |
|                               / | |

Plaintiff, a state prisoner proceeding with retained counsel, brought this civil rights action pursuant to 42 U.S.C. § 1983. On December 9, 2014, the court issued an order and writ of habeas corpus ad testificandum for the custodian to produce plaintiff in court for a settlement conference on February 20, 2015. The settlement conference date has been vacated, to be reset by the beginning of May 2015. As such, the writ of habeas corpus ad testificandum requiring the custodian to produce plaintiff on February 20, 2015, is similarly vacated as unnecessary. A new writ will be issued once a new settlement conference is set.

/ / /

/ / /

/ / /

1  IT IS SO ORDERED.

3  DATED: February 9, 2015

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2