| | |
|---|---|
| 1 | KAMALA D. HARRIS, State Bar No. 146672 |
| | Attorney General of California |
| 2 | CHRISTOPHER J. BECKER, State Bar No. 230529 |
| | Supervising Deputy Attorney General |
| 3 | DEBRA A. FITZSIMMONS, State Bar No. 144590 |
| | Deputy Attorney General |
| 4 |  1300 I Street, Suite 125 |
| | P.O. Box 944255 |
| 5 | Sacramento, CA 94244-2550 |
| | Telephone: (916) 323-2606 |
| 6 | Fax: (916) 324-5205 |
| | E-mail: Debra.Fitzsimmons@doj.ca.gov |
| 7 | *Attorneys for Defendant M. Fox* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM THOMAS COATS,** | 2:09-CV-01300 CMK |
| Plaintiff, | **STIPULATION AND ORDER RE PRODUCTION OF DOCUMENTS** |
| v. | |
| **MICHAEL FOX, et al.,** | Judge: Honorable Craig M. Kellison |
| | Trial Date: TBA |
| Defendant. | Action Filed: May 11, 2009 |

The parties, by and through their attorneys of record, seek to modify the order denying Plaintiff's motion to re-open discovery, dated February 20, 2015 (ECF No. 86), as it relates to Defendant's production of Plaintiff's medical records. Specifically, the order requires Defendant to provide Plaintiff's counsel with a copy of Plaintiff's complete medical records, burned on a CD, on or before March 15, 2015.

Plaintiff has been incarcerated since 1980. The parties agree that it would be burdensome and oppressive for Defendant to produce almost 35 years of medical records. Therefore, the parties agree that Defendant will provide Plaintiff's attorney with a set of Plaintiff's medical records from January 1, 2004 to the present. These records will be burned on a CD and provided to Plaintiff's counsel on or before March 15, 2015.

1

1  IT IS SO STIPULATED.

2  Dated: February 24, 2015                    OFFICE OF THE ATTORNEY GENERAL

4                                              By: */s/ Debra A. Fitzsimmons*
                                                   DEBRA A. FITZSIMMONS
5                                                  Deputy Attorney General
                                                   *Attorneys for Defendant M. Fox*

7  Dated: February 26, 2015                    LAW OFFICE OF PATRICK H. DWYER

9                                              By: */s/ Patrick Dwyer*
                                                   (Signature Authorized)
10                                                 PATRICK DWYER
                                                   *Attorney for Plaintiff William Thomas*
11                                                 *Coats*

13                                    **ORDER**

14  Based on the parties' stipulation and good cause appearing, the order denying Plaintiff's

15  motion to re-open discovery is modified.  Defendant is ordered to provide Plaintiff's attorney

16  with a set of Plaintiff's medical records from January 1, 2004 to the present.  These records will

17  be burned on a CD and provided to Plaintiff's counsel on or before March 15, 2015.

18  **IT IS SO ORDERED.**

20  **Dated:  February 27, 2015**

                                                _____
21                                              CRAIG M. KELLISON
                                                UNITED STATES MAGISTRATE JUDGE

2